IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JEFF BARTELS,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-00394

Judge Thomas M. Durkin

Magistrate Judge Young B. Kim

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
| --- | --- |
| 75 | z*yuyico |
| 165 | Trust-value |
| 186 | QINSHANG |
| 190 | ✿ ✿ Kinsaiy ✿ 10-25 Days Standard Shipping ✿ |
| 181 | LIEIKIC Women Shop |
| 174 | ASCOL |
| 172 | GEWSEY |
| 143 | Trevelyan™ USA |
| 178 | SRTUMEY-Baby&Women |
| 79 | HAIKOUWENGXUETINGKEJIYOUXIANGONGSI |
| 58 | xixianxinqufengdongxinchengzhangyufenglibaihuodian |
| 88 | Youroom |
| 87 | leixuzhuojingus |
| 161 | RuiWenStore |
| 14 | IPersonalized |
| 23 | Vogea |
| 47 | InJoyer |
| 114 | nineed |
| 35 | dnjs92jhd80 |

1

DATED: March 10, 2023            Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 10, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                               */s/ Keith A. Vogt*
                                               Keith A. Vogt